September 29, 2015



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

JANNA RUSSELL, Appellant

NO. 14-13-01100-CV                                    V.

DAVID CHRISTOPHER RUSSELL, Appellee

_____

This cause, an appeal from the judgment on remand signed September 10, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred by failing to award appellant, Janna Russell, attorney's fees for her recovery of awards for child-support arrearages or state good cause for denying her fees as required under Texas Family Code section 157.167, and by failing to consider appellant Janna Russell's other asserted grounds for an award of attorney's fees. We therefore order that the portion of the judgment awarding no attorney's fees is **REVERSED** and ordered severed and **REMANDED** for a new trial on attorney's fees in accordance with the instructions in this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellee, David Christopher Russell, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.